

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00320-CV

Jonathan **SHURBERG** as Personal Representative of the Estate of Rebecca Lord, Individually and Derivatively on Behalf of La Salle Industries, a Limited Partnership,
Appellants

v.

**LA SALLE INDUSTRIES LIMITED**, Roy G. Martin Jr. Property Management, Inc., Roy Martin, Elizabeth Martin, Jennifer Lord, Brenda Lord, Kent Lord, Janie Martin, Mark Martin, Thomas L. Martin, and Jill Martin,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00154-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The reporter's record in this appeal was due on May 29, 2015, but was not filed. On June 8, 2015, this court notified court reporter Richey Gentry by letter that he is the court reporter responsible for timely filing the reporter's record, and the record had not been filed. Our notice required Mr. Gentry to file the record no later than July 8, 2015, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Mr. Gentry was required to file a notice so advising the court no later than June 18, 2015. We received no response to our letter.

We therefore **ORDER** Mr. Richey Gentry to file the record in this court on or before **August 13, 2015**. Mr. Gentry is advised that if the record is not received by this date, we may order him to appear and show cause why he should not be held in contempt.

We further **order** the clerk of this court to serve this order on Mr. Richey Gentry and all counsel. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.



_____
Keith E. Hottle
Clerk of Court